# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEITH RATNAWEERA, | ) |
| Plaintiff, | ) Case No. 2:11-cv-01908-ECR-CWH |
| vs. | ) **ORDER** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) |
| Defendant. | ) |

This matter is before the Court on Counsel for Defendant Life Insurance Company of North America's Notice of Change of Counsel and Request for Removal from Service List (#17), filed May 24, 2012. Counsel of record Michael M. Edwards and David S. Kahn of the Wilson, Elser, Moskowitz, Edelman & Dicker Law Firm have advised the court that counsel Aryn M. Fitzwater is no longer the attorney of record in the above-styled matter.[1] As such, current counsel requests that Mr. Fitzwater be removed from the electronic service list. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Life Insurance Company of North America's Notice of Change of Counsel and Request for Removal from Service List (#17) is **granted**. Attorney Aryn M. Fitzwater shall no longer receive electronic notifications in this matter.

Dated this 25th day of May, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**

---

[1] Attorney Reed J. Werner also joins in this notice; however, Mr. Werner has not entered an appearance on behalf of Defendant in this case.